UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

LUIS ORTIZ,

Defendant.

15 Cr. 608-14 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, the Court hereby APPOINTS Thomas Ambrosio as counsel to Mr. Ortiz for purposes of his alleged violation of supervised release *nunc pro tunc* to March 16, 2026, the date on which the Court signed an arrest warrant for Mr. Ortiz and on which Mr. Ambrosio was the CJA attorney on duty.

SO ORDERED.

Dated:   April 22, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge